IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RHONDA JOHANSEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 09-01055-CV-W-REL ) |
| UNION PACIFIC RAILROAD CO. and STEPHEN SLATTERY, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the court is the parties' Joint Motion for Extension of Time (Doc. No. 23). It is hereby

ORDERED that the motion is granted. The parties shall submit a proposed scheduling order ten days after the Court's ruling on Plaintiff's motion to remand.

_/s/ Robert E. Larsen_
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
April 12, 2010